**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGOBERTO VERGARA, | Case No.: 2:26-cv-00736-APG-DJA |
| Petitioner | **Order Setting Deadline for Response** |
| v. | |
| REGGIE RADER, et al., | |
| Respondents | |

I ORDER that the Federal Respondents' response to the first amended petition (ECF No. 7) is due by May 6, 2026.  The petitioner's reply is due May 13, 2026.

DATED this 22nd day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE