R Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org

*Attorney for Petitioner Rigoberto Vergara

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rigoberto Vergara,<br><br>        Petitioner,<br><br>        v.<br><br>Reggie Rader, Michael Bernacke, Kerri Ann Quihuis, David J. Venturella, Markwayne Mullin, and Todd Blanche,<br><br>        Respondents. | Case No. 2:26-cv-00736-APG-DJA<br><br>**Stipulation to Extend Time to File Supplemental Briefing** |

1

On June 2, 2026, this Court ordered the parties to provide supplemental briefing on the statutory or regulatory basis for Vergara's parole and for Vergara to produce evidence confirming he submitted documents to appeal his removal order. ECF No. 17. Counsel for the parties submit this stipulation asking this Court for an extension of time until Friday, June 12, 2026, to file the supplemental briefing.

Undersigned counsel conferred with Federal Respondents' Counsel regarding this extension and Federal Respondents' counsel agreed. This extension is sought in good faith, not for the purpose of delay, and to ensure this Court has a complete record for habeas review. This is the first request for an extension of time.

Respectfully submitted,

Dated: June 9, 2026

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting U.S. Attorney General
SIGAL CHATTAH
First Assistant U.S. Attorney

/s/ Sylvia Irvin
Sylvia Irvin
Assistant Federal Public Defender

/s/ Russell Webb
Russell Webb
Assistant United States Attorney

IT IS SO ORDERED:

Dated: June 10, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE