R Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Sylvia Irvin
Assistant Federal Public Defender
CA Bar No. 230302; FL Bar No. 15379
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Sylvia_Irvin@fd.org


*Attorney for Petitioner Rigoberto Vergara


UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Rigoberto Vergara, <br><br> Petitioner, <br><br> v. <br><br> Reggie Rader, Michael Bernacke, Kerri Ann Quihuis, David J. Venturella, Markwayne Mullin, and Todd Blanche, <br><br> Respondents. | Case No. 2:26-cv-00736-APG-DJA <br><br> **Stipulation to Extend Time to File Supplemental Briefing** |

1

On June 2, 2026, this Court ordered the parties to provide supplemental briefing on the statutory or regulatory basis for Vergara's parole and for Vergara to produce evidence confirming he submitted documents to appeal his removal order. ECF No. 17. Counsel for the parties submit this stipulation asking this Court for an extension of time until Friday, June 12, 2026, to file the supplemental briefing.

Undersigned counsel conferred with Federal Respondents' Counsel regarding this extension and Federal Respondents' counsel agreed. This extension is sought in good faith, not for the purpose of delay, and to ensure this Court has a complete record for habeas review. This is the first request for an extension of time.

Respectfully submitted,

Dated: June 9, 2026

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting U.S. Attorney General<br>SIGAL CHATTAH<br>First Assistant U.S. Attorney |
| */s/ Sylvia Irvin*<br>Sylvia Irvin<br>Assistant Federal Public Defender | */s/ Russell Webb*<br>Russell Webb<br>Assistant United States Attorney |

IT IS SO ORDERED:

Dated:___June 10, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2